UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

John Peterson,

    Plaintiff,

v.

Athens City School District, *et al.*,

    Defendants.

Case No. 2:22-cv-2046

Judge Michael H. Watson

Magistrate Judge Jolson

## OPINION AND ORDER

On August 31, 2022, Magistrate Judge Jolson issued a Report and Recommendation ("R&R") granting Plaintiff's motion for leave to proceed in forma pauperis and recommending the Court dismiss Plaintiff's Complaint for failure to state a claim on which relief can be granted. R&R, ECF No. 9. The R&R notified Plaintiff of his right to object to the recommendations therein and that failure to timely object would amount to a waiver of both the right to *de novo* review by the Undersigned as well as a right to appeal the Court's adoption of the R&R. *Id.* at 3.

The deadline for filing such objections has passed, and no objections were filed. Having received no objections, the R&R is **ADOPTED**; the Complaint is **DISMISSED WITHOUT PREJUDICE**. The Clerk is **DIRECTED** to close the case.

IT IS SO ORDERED.

*/s/ Michael H. Watson*
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT